IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-cv-527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, A/K/A UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, ALBERT M. JOHNSON, and other unnamed co-conspirators, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) **ORDER ON DEFENDANT ALBERT M.** ) **JOHNSON'S MOTION TO SEAL** ) ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the Defendant Albert M. Johnson's ("Johnson") Motion to Seal pursuant to FED. R. Civ. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual. For the reasons set forth below, the motion is ALLOWED.

Johnson seeks to (a) file under seal Defendant Albert M. Johnson's Answer to Plaintiffs' Second Amended Complaint and Counterclaim; (b) publicly file, under partial seal, a redacted version of Defendant Albert M. Johnson's Answer to Plaintiffs' Second Amended Complaint and Counterclaim; and (c) file under seal his Memorandum in Support of Defendant Albert M. Johnson's Motion to Seal.

For the reasons set forth in the Court's earlier orders granting motions to seal, including but not limited to the Order granting the Plaintiffs' motion to seal the Second Amended

Complaint, the Court is of the opinion that the motion should be ALLOWED. The Clerk of Court is DIRECTED to maintain the following documents under Seal:

- (a) Defendant Albert M. Johnson's Answer to Plaintiffs' Second Amended Complaint and Counterclaim [D.E. 242]; and

- (b) Memorandum in Support of Defendant Albert M. Johnson's Motion to Seal [D.E. 243].

SO ORDERED.

This the 2nd day of April, 2014.

*James C. Fox*

Hon. James C. Fox
Senior United States District Judge