IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, A/K/A UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and ALBERT M. JOHNSON<br><br>Defendants,<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor. | **ORDER** |

**THIS MATTER** is before the Court on the Defendant Albert Johnson's Motion to Seal pursuant to Fed. R. Civ. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual. For the reasons set forth below, the motion is ALLOWED.

Defendant Johnson seeks to (a) file under seal Exhibit 1 to Defendant Albert Johnson's Motion for Leave to File Amended Answer to Plaintiffs' Second Amended Complaint and Counterclaim; (b) the Memorandum in Support of Johnson's Motion for Leave to File Amended Answer to Plaintiffs' Second Amended Complaint and Counterclaim; and (c) the Memorandum in Support of Motion to Seal.

For the reasons set forth in the Court's earlier orders granting motions to seal, the Court is of the opinion that the motion should be ALLOWED. The Clerk of Court is DIRECTED to maintain the following documents under Seal:

- Exhibit 1 to Defendant Albert Johnson's Motion for Leave to File Amended Answer to Plaintiffs' Second Amended Complaint and Counterclaim [DE-349];

- Memorandum in Support of Johnson's Motion for Leave to File Amended Answer to Plaintiffs' Second Amended Complaint and Counterclaim [DE-350]; and

- Memorandum in Support of Motion to Seal [DE-353].

SO ORDERED.

This the 8 day of September, 2015.

_James C. Fox_
James C. Fox
Senior United States District Judge