IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-527-F

| | | |
|---|---|---|
| U.S. TOBACCO INC.,<br>U.S FLUE-CURED TOBACCO<br>GROWERS, INC., and<br>BIG SOUTH DISTRIBUTION, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>BIG SOUTH WHOLESALE<br>OF VIRGINIA, LLC, d/b/a BIG SKY<br>INTERNATIONAL, BIG SOUTH<br>WHOLESALE, LLC, UNIVERSAL<br>SERVICES FIRST CONSULTING,<br>a/k/a UNIVERSAL SERVICES<br>CONSULTING GROUP, JASON<br>CARPENTER, CHRISTOPHER SMALL,<br>EMORY STEPHEN DANIEL,<br>and other unnamed co-conspirators,<br><br>    Defendants,<br><br>UNITED STATES OF AMERICA,<br>    Intervenor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |

THIS MATTER is before the court on the Defendant Albert Johnson's Motion to Seal pursuant to Fed. R. Civ. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual [DE-368]. For the reasons set forth below, the motion is ALLOWED.

Defendant Johnson seeks to file under seal (a) the Reply Memorandum in Support of Defendant Albert M. Johnson's Motion for Leave to File Amended Answer to Second Amended Complaint; and (b) the Memorandum in Support of Motion to Seal.

For the reasons set forth in the court's earlier orders granting motions to seal, the court is of the opinion that the motion [DE-368] should be ALLOWED. The Clerk of Court is DIRECTED to maintain the following documents under Seal:

(a) Reply Memorandum in Support of Defendant Albert M. Johnson's Motion for Leave to File Amended Answer to Second Amended Complaint [DE-366]; and
(b) Memorandum in Support of Motion to Seal [DE-367].

SO ORDERED.

This the 2o day of October, 2015.

*James P. Fox*
JAMES C. FOX
Senior United States District Judge