IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, A/K/A UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and ALBERT M. JOHNSON, <br><br> Defendants, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor. | **ORDER** |

**THIS MATTER** is before the Court on the Defendant Albert Johnson's Motion to Seal pursuant to Fed. R. Civ. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual. For the reasons set forth below, the motion is ALLOWED.

Defendant Johnson seeks to file under seal (a) Defendant Albert M. Johnson's Motion for Protective Order, and accompanying exhibits; and (b) the Memorandum in Support of Motion to Seal.

For the reasons set forth in the Court's earlier orders granting motions to seal, the Court is of the opinion that the motion should be ALLOWED. The Clerk of Court is DIRECTED to maintain the following documents under Seal:

- Defendant Albert M. Johnson's Motion for Protective Order and accompanying exhibits [DE-402, -402-1 through -402-3]; [DE-409]; and
- Memorandum in Support of Motion to Seal [DE-404].

Defendant Johnson shall file a publicly available, redacted version of Defendant Albert M. Johnson's Motion for Protective Order, and accompanying exhibits.

SO ORDERED.

This the 22 day of April, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge