IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00527-F

| | | |
|---|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, a/k/a UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and ALBERT M. JOHNSON | ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants, | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Intervenor. | ) ) | |

**THIS MATTER** is before the Court on the Defendants' Motion to Seal their Local Civil Rule 56.1 Statement of Undisputed Material Facts pursuant to FED. R. CIV. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual.

WHEREAS, the Court has considered the Defendants' submissions in support of its Motion and found that sealing of the documents described therein is necessary;

IT IS THEREFORE ORDERED that the Defendants' Local Civil Rule 56.1 Statement of Undisputed Material Facts [DE-460, -461, -462, -463], and all attachments or exhibits thereto, shall be filed under seal and remain under seal permanently or until otherwise ordered. The Defendants' brief in support of their Motion to Seal [DE-465] shall also be sealed.

SO ORDERED.

This, the 23rd day of June, 2016.

James C. Fox

United States District Judge