IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-527-F

| | |
|---|---|
| U.S. TOBACCO INC., U.S FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, a/k/a UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and other unnamed co-conspirators, <br><br> Defendants, <br><br> UNITED STATES OF AMERICA, <br> Intervenor. | **ORDER** |

THIS MATTER is before the Court on motion of Defendants Big South Wholesale of Virginia, LLC d/b/a Big Sky International, Big South Wholesale, LLC, Jason Carpenter, and Christopher Small (the "Big Sky Defendants"), pursuant to FED. R. CIV. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual, for leave to:

1. Submit under seal the Big Sky Defendants' Petition to Substitute [DE 448] and all exhibits and attachments thereto [DE 448-1 through 448-14];

2. Submit under seal the Big Sky Defendants' Memorandum of Law in Support of their Petition to Substitute [DE 449];

3. Submit under seal the Big Sky Defendants' original Motion to Seal their Petition to Substitute [DE 452];

4. Submit under seal the Big Sky Defendants' Memorandum in support of their Motion to Seal their Petition to Substitute [DE 454];

5. Submit under seal the Big Sky Defendants' Amended Motion to Seal; and

6. To incorporate by reference the Big Sky Defendants' Memorandum in Support of Motion to Seal [DE 454] as their Memorandum in Support of this Amended Motion to Seal.

WHEREAS, the Court has considered the Big Sky Defendants' submissions in support of its Motion and found that sealing of the documents described therein is necessary;

IT IS THEREFORE ORDERED that:

1. The following filings by the Big Sky Defendants shall be filed under seal and remain under seal permanently or until otherwise ordered:

    a. Petition to Substitute [DE 448];

    b. All attachments or exhibits to Petition to Substitute [DE 448-1 through 448-14];

    c. Memorandum in Support of Petition to Substitute [DE 449];

    d. Memorandum in support of Motion to Seal their Petition to Substitute [DE 454];

2. The Big Sky Defendants' Memorandum in Support of Motion to Seal [DE 454] is accepted as their Memorandum in Support of their Amended Motion to Seal.

3. Local Civil Rule 79.2(b)(1) provides that motions to seal shall be public documents. The Clerk of Court is DIRECTED to lift the provisional seal on the Original Motion to Seal Petition to Substitute [DE 452] and the Amended Motion to Seal [DE 486].

SO ORDERED.

This the 29th day of June, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge