IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:13-00527-F

| | | |
|---|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, A/K/A UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and other unnamed co-conspirators,<br><br>Defendants,<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL ITS RESPONSE TO PLAINTIFFS' MOTION TO REOPEN DISCOVERY** |

THIS CAUSE comes before the Court upon the consent motion of the United States of America, for leave to file under seal the following:

1. The United States of America's Response to Plaintiffs' Motion to Reopen Discovery; and

2. The supporting memorandum for its Motion to Seal.

UPON CONSIDERATION of the Motion, noting all parties' consent, consistent with the Court's Amendment to the Protective Order of August 25, 2015, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that, for good cause demonstrated, the Motion is GRANTED and the following shall be SEALED from public view:

1. The United States of America's Response to Plaintiffs' Motion to Reopen Discovery [DE-494];

2. The supporting memorandum for its Motion to Seal [DE-496].

SO ORDERED.
This the ___ day of July, 2016.

James C. Fox
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE