IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 13-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, A/K/A UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and other unnamed co-conspirators,<br><br>Defendants,<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor. | **ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS' BIG SOUTH WHOLESALE OF VIRGINIA, LLC D/B/A BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, JASON CARPENTER, & CHRISTOPHER SMALL PETITION TO SUBSTITUTE** |

THIS CAUSE comes before the Court upon the consent motion of the United States of America, for leave to file under seal the following:

1. The United States of America's Opposition to Defendants Big South Wholesale of Virginia, LLC d/b/a Big Sky International, Big South Wholesale, LLC, Jason Carpenter & Christopher Small's Petition to Substitute;

2. The attached exhibit; and

3. The supporting memorandum for its Motion to Seal.

UPON CONSIDERATION of the Motion, noting all parties' consent, consistent with the Court's Amendment to the Protective Order of August 25, 2015, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that, for good cause demonstrated, the Motion is GRANTED and the following shall be SEALED from public view:

1. The United States of America's Opposition to Defendants Big South Wholesale of Virginia, LLC d/b/a Big Sky International, Big South Wholesale, LLC, Jason Carpenter & Christopher Small's Petition to Substitute [DE-474];

2. The attached exhibit [DE-474-1]; and

3. The supporting memorandum for the Motion to Seal [DE-475].

SO ORDERED,
This the ___15th___ day of July, 2016.

*James C. Fox*
HONORABLE JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE