IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, a/k/a UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and ALBERT M. JOHNSON <br><br> Defendants, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** |

**THIS MATTER** is before the Court on the Big Sky Defendants' Motion to Seal their Response to Plaintiffs' Motion to Reopen Discovery, to Compel Testimony, and to Stay Further Briefing of Summary Judgment Motions pursuant to FED. R. CIV. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual.

WHEREAS, the Court has considered the Big Sky Defendants' submissions in support of its Motion and found that sealing of the documents described therein is necessary;

IT IS THEREFORE ORDERED that the Big Sky Defendants' Response to Plaintiffs' Motion to Reopen Discovery, to Compel Testimony, and to Stay Further Briefing of Summary Judgment Motions [DE-478], and all attachments or exhibits thereto, as well as their brief in support of this Motion to Seal [DE-480], shall be filed under seal and remain under seal permanently or until otherwise ordered.

SO ORDERED.

This the 15 day of July, 2016.

*James C. Fox*
James C. Fox
Senior United States District Judge