IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., | ) |
| U.S. FLUE-CURED TOBACCO | ) |
| GROWERS, INC., and BIG SOUTH | ) |
| DISTRIBUTION, LLC, | ) |
| | ) |
|        Plaintiffs, | ) |
| | ) |
|        v. | ) |
| | ) |
| BIG SOUTH WHOLESALE OF | ) |
| VIRGINIA, LLC, d/b/a BIG SKY | ) |
| INTERNATIONAL, BIG SOUTH | ) |
| WHOLESALE, LLC, UNIVERSAL | ) |
| SERVICES FIRST CONSULTING, a/k/a | ) |
| UNIVERSAL SERVICES | ) |
| CONSULTING GROUP, JASON | ) |
| CARPENTER, CHRISTOPHER SMALL, | ) |
| EMORY STEPHEN DANIEL, and | ) |
| ALBERT M. JOHNSON | ) |
| | ) |
|        Defendants, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Intervenor. | ) |
| | ) |

**ORDER**

**THIS MATTER** is before the Court on Defendants' Motion to Seal pursuant to FED. R.

CIV. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual. Defendants

seek to submit under seal their proposed Order [DE 429, Attachment 1] granting Defendants'

Motion to Seal [DE 429] Defendants' Response to Plaintiffs' Motion to Extend Time to Conduct

Rule 30(b)(6) Deposition and their brief in support of their Motion to Seal. For the reasons

stated in Defendants' Proposed Order, this Motion is ALLOWED.

The Motion to Seal [DE-430] DE 429, Attachment 1 is ALLOWED. The Clerk of Court

is DIRECTED to maintain the following documents under SEAL:

> (a) Defendants' proposed Order granting Defendants' Motion to Seal Response to
>
> Plaintiffs' Motion to Extend Time to Conduct Rule 30(b)(6) Deposition,
>
> including all exhibits, and Defendants' Memorandum in Support of
>
> Defendants' Motion to Seal [DE 429, Attachment 1].

SO ORDERED.

This the ___26th___ day of July, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge