IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, a/k/a UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and ALBERT M. JOHNSON<br><br>        Defendants,<br><br>UNITED STATES OF AMERICA,<br><br>        Intervenor. | **ORDER** |

**THIS MATTER** is before the Court on motion of Defendants Big South Wholesale of Virginia, LLC d/b/a Big Sky International, Big South Wholesale, LLC, Jason Carpenter, and Christopher Small (the "Big Sky Defendants"), pursuant to FED. R. CIV. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual, for leave to:

1. Submit under seal Big Sky Defendants' Motion For Summary Judgment [DE 456] and all exhibits and attachments thereto [DE 456-1 through 456-8];

2. To incorporate by reference their Memorandum in Support of Motion to Seal [DE 459] as their Memorandum in Support of this Amended Motion to Seal.

WHEREAS, the Court has considered the Big Sky Defendants' submissions in support of its Motion and found that sealing of the documents described therein is necessary;

IT IS, THEREFORE, ORDERED that:

1. The following filings by the Big Sky Defendants shall be filed under seal and remain under seal permanently or until otherwise ordered:

    a. Motion Big Sky Defendants' Motion for Summary Judgment [DE 456];

    b. All attachments or exhibits to the Motion for Summary Judgment [DE 456-1 through 458-8];

2. The Big Sky Defendants' Memorandum in Support of Motion to Seal [DE 459] is accepted as their Memorandum in Support of their Amended Motion to Seal

SO ORDERED.

This the 27 day of July, 2016.

_____
James C. Fox
Senior United States District Judge