# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Case No. 5:13-CV-00527-F

|  |  |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., et al. | ) |
| Plaintiff(s), | ) |
|  | ) |
| vs | ) |
|  | ) |
| BIG SOUTH WHOLESALE OF VIRGINIA, LLC , et al. | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Matt Apuzzo _____ who is Intervenor _____ ,
(name of party)           (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ○          NO ◉

2. Does party have any parent corporations?

   YES ○          NO ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ○          NO ◉

If yes, identify all such owners:
N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯               NO ◉

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯               NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ C. Amanda Martin _____

Date: _____September 1, 2016_____

Finalize Form    Reset Form