IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-527-F

| | |
|---|---|
| U.S. TOBACCO INC.,<br>U.S FLUE-CURED TOBACCO<br>GROWERS, INC., and<br>BIG SOUTH DISTRIBUTION, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BIG SOUTH WHOLESALE<br>OF VIRGINIA, LLC, d/b/a BIG SKY<br>INTERNATIONAL, BIG SOUTH<br>WHOLESALE, LLC, UNIVERSAL<br>SERVICES FIRST CONSULTING,<br>a/k/a UNIVERSAL SERVICES<br>CONSULTING GROUP, JASON<br>CARPENTER, CHRISTOPHER SMALL,<br>EMORY STEPHEN DANIEL,<br>and other unnamed co-conspirators,<br><br>    Defendants,<br><br>UNITED STATES OF AMERICA,<br>    Intervenor. | **ORDER** |

This matter is before the court on Matthew Apuzzo's Motion to Intervene [DE-599]. The court finds an expedited briefing schedule is appropriate here. Accordingly, any response to Mr. Apuzzo's motion shall be due no later than September 12, 2016 and any reply thereto shall be due within three days of the filing of the response.

SO ORDERED.

This the 7th day of September, 2016.

                                                          *James C. Fox*
                                                    JAMES C. FOX
                                                 Senior United States District Judge