IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 13-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, A/K/A UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and other unnamed co-conspirators, <br><br> Defendants, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor. | **UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL ITS RESPONSE TO MATTHEW APUZZO'S MOTION TO INTERVENE AND TO UNSEAL THE RECORD IN THIS CASE** |

The United States of America, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, Local Civil Rule 79.2, Paragraphs 3 through 7 and 11 of the Sealed Amendment to the Protective Order, and Section T of the CM/ECF Policy Manual, for leave to file under seal the following:

1. An unredacted copy of the United States of America's Response to Matthew Apuzzo's Motion to Intervene and Unseal the Record in this Case; and

2. The supporting memorandum for this Motion to Seal.

Counsel for the United States of America has conferred with counsel for the parties, and all parties consent to the Motion.

WHEREFORE the Government prays the Court for an Order granting the following relief:

1. That the memorandum supporting this Motion to Seal be filed and maintained under seal; and

2. That the Government's unredacted response to Mr. Apuzzo's motion to intervene and to unseal the record be filed and maintained under seal.

A supporting brief is filed herewith.

On this the 12th day of September, 2016.

>Respectfully submitted,
>
>LORETTA E. LYNCH
>Attorney General of the United States
>
>CHANNING D. PHILLIPS, D.C. Bar #415793
>United States Attorney for the District of Columbia
>
>DANIEL F. VAN HORN, D.C. Bar #924092
>Chief, Civil Division
>Assistant United States Attorney for the District of Columbia
>
>By:      /s/
>WYNNE P. KELLY
>Special Attorney to the Attorney General
>Assistant United States Attorney for the District of Columbia
>555 4th Street, NW
>Washington, DC 20530
>(202) 252-2545
>Fax: (202) 252-2599
>wynne.kelly@usdoj.gov
>
>*Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

I, Wynne P. Kelly, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Thomas A. Farr (N.C. Bar No. 10871)
>Michael Douglas McKnight (N.C. Bar No. 36932)
>Kimberly Joyce Lehman (N.C. Bar No. 43001)
>4208 Six Forks Road, Suite 1100
>Raleigh, NC  27609
>Telephone:  919.787.9700
>Facsimile:  919.783.9412
>thomas.farr@odnss.com
>michael.mcknight@odnss.com
>kimberly.lehman@odnss.com
>
>Amy M. Pocklington (Virginia Bar. No. 45233)
>Tevis Marshall (Virginia Bar No. 68401)
>Riverfront Plaza—West Tower
>901 East Byrd Street, Suite 1300
>Richmond, VA 23219
>Telephone: 804-663-2333
>Facsimile:  804-225-8641
>amy.pocklington@odnss.com
>tevis.marshall@odnss.com
>
>and
>
>Kathryn H. Ruemmler
>Allen Gardner
>Kevin Chambers
>Brian Lichter
>Latham & Watkins LLP
>555 Eleventh Street, NW, Suite 1000
>Washington, DC 20004-1304
>Telephone: 202-637-2179
>kathryn.ruemmler@lw.com
>allen.gardner@lw.com
>kevin.chambers@lw.com
>brian.lichter@lw.com
>
>*Attorneys for Plaintiffs*
>
>Gary S. Parsons, Esquire

Gavin B. Parsons, Esquire
Troutman Sanders LLP
P.O. Box 1389
Raleigh, NC 27602-1389
Telephone: 919.835.4100
Facsimile: 919.835.4101
gary.parsons@troutmansanders.com
gavin.parsons@troutmansanders.com

and

Alan D Mathis, Esquire
Butler Snow LLP
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Alan.mathis@butlersnow.com

> *Attorneys for Big South Wholesale of VA, LLC d/b/a Big Sky International, Big South Wholesale, LLC, Jason Carpenter, Christopher Small*

W. Sidney Aldridge, Esquire
Nicholls & Crampton, P.A.
3700 Glenwood Ave., Suite 500
P.O. Box 18237
Raleigh, NC 27612
Telephone: 919.781.1311
Facsimile: 919.782.0465
wsaldridge@nichollscrampton.com

> *Attorneys for Universal Services First Consulting a/k/a Universal Services Consulting Group, Emory Stephen Daniel*

Christopher T. Graebe, Esquire
Graebe Hanna & Sullivan, PLLC
4350 Lassiter at North Hills Avenue, Suite 375
Raleigh, NC 27609
Telephone: 919-863-9092
Facsimile: 919-863-9095
cgraebe@ghslawfirm.com

> *Attorney for Albert M. Johnson*