IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, A/K/A UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, ALBERT M. JOHNSON, and other unnamed co-conspirators,<br><br>Defendants,<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor. | **PLAINTIFFS' RESPONSE IN SUPPORT OF MR. APUZZO'S MOTION FOR LEAVE TO INTERVENE** |

Plaintiffs U.S. Tobacco Cooperative Inc. ("USTC"), U.S. Flue-Cured Tobacco Growers, Inc. ("USFC"), and Big South Distribution, LLC ("BSD") (collectively "Plaintiffs"), respectfully file this Response in Support of the Motion for Leave to Intervene by Mr. Matthew Apuzzo. ECF No. 599.

**I.     ARGUMENT**

The position of ▮▮▮▮▮▮▮▮ and Defendants Big South Wholesale of Virginia, LLC, d/b/a/ Big Sky International, Big South Wholesale, LLC, Jason Carpenter, and Christopher Small

(collectively "Defendants") that this litigation should continue to be conducted under seal is flatly inconsistent with the time-honored presumption of openness governing court proceedings and is prejudicial to Plaintiffs. *See* ECF No. 522 at 2. This case has changed dramatically since the Court entered the Sealed Amendment to the Protective Order ("Sealed Amendment"). The Defendants have now asserted that they should not be held liable for their unlawful conduct because ███████████████████████████████████████. Indeed, Defendants claim that they ███████████████████████████████████████████████████████████████████████████████████. Moreover, the testimony of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ *See* ECF No. 611 at 5-6 (outlining this misconduct). Given that these matters directly involve improper activity of ███████████████████████, they are of significant interest to the public, including the more than 800 farmers who were victimized as a result of Defendants' conduct.

███████████ supports an open trial, as do Plaintiffs, and Defendants will attempt to use ██████████████████ at trial to defend against the allegations in this case. Defendants and ████████████ should not be permitted to conceal Defendants' misconduct from the public leading up to trial, all the while intending to reveal ██████████████████████ in an effort to excuse their fraudulent acts. This smacks of obvious gamesmanship which should not be countenanced by the Court. Indeed, if the Court permits ███████████████████████████████████████████████, the entire basis for the Sealed Amendment will

2

become immediately moot. There is simply no legal justification for continuing to seal matters that almost certainly will be made public—by the very party seeking to keep things sealed—in less than two months when this case goes to trial. And legally, if the First Amendment provides the public a right of access to the trial, it also provides the public a right of access to dispositive filings (such as the ▮▮▮▮▮▮▮▮▮ and motions for summary judgment), which are governed by the same standard. *See Rushford v. New Yorker Magazine*, 846 F.2d 249, 252-53 (4th Cir. 1988) (the First Amendment right of access applies to trial proceedings and documents and proceedings that relate to dispositive motions).

To the extent there was previously uncertainty whether Defendants' multi-million dollar fraud on tobacco farmers and misconduct by ▮▮▮▮▮▮▮▮▮▮▮▮ were of public interest, Mr. Apuzzo's motion to intervene definitively answers that question. Indeed, in its order granting Defendants' motion to seal the August 24, 2016 evidentiary hearing, this Court ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ECF No. 589 at 2 n.1. Mr. Apuzzo's motion provides a further compelling reason to grant Plaintiffs' Motion to Unseal the Record and Modify the Sealed Amendment to the Protective Order.

## II. CONCLUSION

Accordingly, Plaintiffs respectfully request that the Court grant Mr. Apuzzo's Motion for Leave to Intervene.

3

Filed: September 12, 2016

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

**/s/ Thomas A. Farr**
Thomas A. Farr (N.C. Bar No. 10871)
Michael Douglas McKnight (N.C. Bar No. 36932)
Kimberly Joyce Lehman (N.C. Bar No. 43001)
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Telephone: 919.787.9700
Facsimile: 919.783.9412
thomas.farr@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
kimberly.lehman@ogletreedeakins.com

L. Gray Geddie (S.C. Bar No.: 2397)
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864.271.1300
Facsimile: 864.235.4754
gray.geddie@ogletreedeakins.com

Amy M. Pocklington (Virginia Bar. No. 45233)
Tevis Marshall (Virginia Bar No. 68401)
Riverfront Plaza—West Tower
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Telephone: 804.663.2330
Facsimile: 804.225.8641
amy.pocklington@ogletreedeakins.com
tevis.marshall@ogletreedeakins.com

Kathryn H. Ruemmler (D.C. Bar No. 461737)
Allen M. Gardner (D.C. Bar No. 456723)
Kevin A. Chambers (D.C. Bar. No. 495126)
Brian A. Lichter (D.C. Bar No. 1027309)
Latham & Watkins LLP
555 11th St., NW, Suite 1000
Washington, DC 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
kathryn.ruemmler@lw.com
allen.gardner@lw.com
kevin.chambers@lw.com
brian.lichter@lw.com

# CERTIFICATE OF SERVICE

I, Thomas A. Farr, hereby certify that I have this day electronically filed the foregoing Plaintiffs' Response in Support of Mr. Apuzzo's Motion for Leave to Intervene with the Clerk of Court using the CM/ECF system which will send notice of such filing to:

Gavin B. Parsons, Esquire
Troutman Sanders LLP
P.O. Box 1389
Raleigh, NC 27602-1389
Telephone: 919.835.4100
Facsimile: 919.835.4101
gavin.parsons@troutmansanders.com

Gary S. Parsons, Esquire
W. Michael Dowling
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
1600 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: 919.573.6241
Facsimile: 336.232.9040
gparsons@brookspierce.com
mdowling@brookspierce.com

Alan D Mathis, Esquire
Butler Snow LLP
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Alan.mathis@butlersnow.com

*Attorneys for Big South Wholesale of VA, LLC d/b/a Big Sky International, Big South Wholesale, LLC, Jason Carpenter, Christopher Small*

W. Sidney Aldridge, Esquire
Nicholls & Crampton, P.A.
3700 Glenwood Ave., Suite 500
P.O. Box 18237
Raleigh, NC 27612
Telephone: 919.781.1311
Facsimile: 919.782.0465
wsaldridge@nichollscrampton.com

Elliot S. Abrams

Cheshire Parker Schneider & Bryan, PLLC
133 Fayetteville Street, Suite 500 (27601)
P.O. Box 1029
Raleigh, NC 27602
(919) 833-3114
elliot.abrams@chesirepark.com

*Attorneys for Universal Services First Consulting a/k/a Universal Services Consulting Group, Emory Stephen Daniel*

Christopher T. Graebe, Esquire
Graebe Hanna & Sullivan, PLLC
4350 Lassiter at North Hills Avenue, Suite 375
Raleigh, NC 27609
Telephone: 919-863-9092
Facsimile: 919-863-9095
cgraebe@ghslawfirm.com

*Attorney for Albert M. Johnson*

and

Wynne P. Kelly, Esquire
Special Attorney to the Attorney General
Assistant United States Attorney for the District of Columbia
555 4th Street N.W.
Washington, D.C. 20530
Telephone: 202.252.2545
wynne.kelly@usdoj.gov

*Attorney for United States of America*

This 12th day of September, 2016.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

**/s/ Thomas A. Farr**
Thomas A. Farr (N.C. Bar No. 10871)
Michael Douglas McKnight (N.C. Bar No. 36932)
Kimberly Joyce Lehman (N.C. Bar No. 43001)
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Telephone: 919.787.9700
Facsimile: 919.783.9412
thomas.farr@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
kimberly.lehman@ogletreedeakins.com

L. Gray Geddie (S.C. Bar No.: 2397)
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864.271.1300
Facsimile: 864.235.4754
gray.geddie@ogletreedeakins.com

Amy M. Pocklington (Virginia Bar. No. 45233)
Tevis Marshall (Virginia Bar No. 68401)
Riverfront Plaza—West Tower
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Telephone: 804.663.2330
Facsimile: 804.225.8641
amy.pocklington@ogletreedeakins.com
tevis.marshall@ogletreedeakins.com

Kathryn H. Ruemmler (D.C. Bar No. 461737)
Allen M. Gardner (D.C. Bar No. 456723)
Kevin A. Chambers (D.C. Bar. No. 495126)
Brian A. Lichter (D.C. Bar No. 1027309)
Latham & Watkins LLP
555 11th St., NW, Suite 1000
Washington, DC 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
kathryn.ruemmler@lw.com
allen.gardner@lw.com
kevin.chambers@lw.com
brian.lichter@lw.com

3