IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-527-F

| | |
|---|---|
| U.S. TOBACCO INC., <br> U.S FLUE-CURED TOBACCO <br> GROWERS, INC., and <br> BIG SOUTH DISTRIBUTION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIG SOUTH WHOLESALE <br> OF VIRGINIA, LLC, d/b/a BIG SKY <br> INTERNATIONAL, BIG SOUTH <br> WHOLESALE, LLC, UNIVERSAL <br> SERVICES FIRST CONSULTING, <br> a/k/a UNIVERSAL SERVICES <br> CONSULTING GROUP, JASON <br> CARPENTER, CHRISTOPHER SMALL, <br> EMORY STEPHEN DANIEL, <br> and other unnamed co-conspirators, <br><br> Defendants, <br><br> UNITED STATES OF AMERICA, <br> Intervenor. | **ORDER** <br> (UNDER SEAL) |

This matter is before the court *sua sponte*. On June 15, 2016, the court stayed summary judgment briefing deadlines in this case pending a decision on the Petition to Substitute. That issue has now been decided. Accordingly, the stay is lifted, and summary judgment briefing may proceed according to the following deadlines: (1) Responses to motions for summary judgment [DE-442, -450] and partial summary judgment [DE-439] to be filed no later than twenty-one days from the filing date of this order; and (2) Replies thereto to be filed within fourteen days of service of the response.

SO ORDERED.

This the 9th day of November, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge