IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., U.S. FLUE-CURED TOBACCO GROWERS, INC., and BIG SOUTH DISTRIBUTION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, BIG SOUTH WHOLESALE OF VIRGINIA, LLC, d/b/a BIG SKY INTERNATIONAL, BIG SOUTH WHOLESALE, LLC, UNIVERSAL SERVICES FIRST CONSULTING, a/k/a UNIVERSAL SERVICES CONSULTING GROUP, JASON CARPENTER, CHRISTOPHER SMALL, EMORY STEPHEN DANIEL, and ALBERT M. JOHNSON, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Big Sky Defendants' Emergency Motion to Enforce Stay and to Seal their Reply to Plaintiffs' Response to Big Sky Defendants' Motion for Summary Judgment pursuant to the Court's December 7, 2016 Order [DE 655], FED. R. CIV. P. 5.2, Local Civil Rule 79.2, and Section T of the CM/ECF Policy Manual.

WHEREAS, the Court has considered the Big Sky Defendants' Memorandum in Support of its Emergency Motion and found that sealing of the documents described therein is necessary;

For the reasons stated in the court's Order of December 7, 2016, it is ORDERED that:

1. The Big Sky Defendants' Reply to Plaintiffs' Response to Big Sky Defendants' Motion for Summary Judgment, and all attachments or exhibits thereto, as well as their brief in support of this Emergency Motion to Enforce Stay, shall be filed under seal and remain under seal until January 23, 2017 or until otherwise ordered; and

2. Until January 23, 2017, all parties shall file under seal any document containing any reference to the subjects listed in the Conclusion to the Big Sky Defendants' Memorandum of Law in Support of its Emergency Motion to Enforce Stay.

SO ORDERED.

This the 14th day of December, 2016.

*James C. Fox*
James C. Fox
Senior United States District Judge