IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:13-CV-00527-F

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC.; U.S. FLUE-CURED TOBACCO GROWERS, INC.; and BIG SOUTH DISTRIBUTION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIG SOUTH WHOLESALE OF VIRGINIA, LLC d/b/a BIG SKY INTERNATIONAL; BIG SOUTH WHOLESALE, LLC; UNIVERSAL SERVICES FIRST CONSULTING A/K/A UNIVERSAL SERVICES CONSULTING GROUP; JASON CARPENTER; CHRISTOPHER SMALL; EMORY STEPHEN DANIEL; ALBERT JOHNSON, and other unnamed coconspirators, <br><br> Defendants. | MOTION FOR ACCESS TO JANUARY 10, 2017 DOCKET ENTRIES |

On December 7, 2016, this Court granted Matthew Apuzzo's Motion for Leave to Intervene for the limited purpose of asserting and protecting his and the people's presumptive right of access to judicial documents and proceedings. [DE 655] By that same Order, the Court granted the relief sought by Intervenor and removed the seal on all documents filed in the case following a 45-day period. Thus, the seal on all documents in this case is set to expire on January 21, 2017. On January 10, 2017 – 34 days after the Court's ruling and 11 days prior to the ruling taking effect – the United States of America ("the Government") has filed under seal

a request that the December 7, 2016, Court order be stayed. The Court has not ruled on the Government's motion to seal its Motion and has directed an expedited briefing schedule for any response and reply [DE 695], but the Government's Motion and related briefing remain hidden from view. Intervenor Matthew Apuzzo moves this Court immediately to deny the Government's request for sealing its January 10, 2017, filings or, at a minimum, to provide Intervenor immediate access to those filings.

The Government's January 10, 2017 request directly implicates the rights and interests of Intervenor, yet because the Government has filed its request under seal, Intervenor is precluded from knowing anything about the basis for the request. What is known and on the record is that "the Government is now a full party to the litigation." [Order, DE 655] It is on the record that defendants "were engaged in certain transactions with the Bureau of Alcohol, Tobacco, Firearms, and Explosives." [¶ 18, DE 22] It is on the record that defendants "Carpenter and Small had assisted the ATF in the past." [¶ 27, DE 22]

Indeed, for years this case has proceeded essentially entirely under seal out of caution that some harm might come to someone. In its December 7, 2016 Order, the court rightly said that such unsubstantiated claims weren't enough to overcome the First Amendment interest, especially in light of the fact that the case now implicates allegations of grave wrongdoing by the Government. Now, days before the Court's order takes effect, the Government is again making secret filings, asking the Court to stay its properly considered Order. Neither Intervenor nor the

public knows any of the grounds on which the Government makes this extraordinary request, because its arguments have been filed in secret.

The Court quite rightly found the balance of interests favor public access to all the documents at issue in this case. The named individuals, defendants Carpenter and Small, were identified three years ago as Government agents, and the defendants themselves have confirmed that they were involved in "undercover operations of the United States government." [DE 22]. In the intervening three years since those disclosures, there apparently has been no actual threat to the safety of the identified individuals.

Intervenor and the public are left to speculate about any arguments that could support the Government's motion. Intervenor urges the Court to immediately make public the Government's Docket Entries 691 through 694 or, at a minimum, to make them immediately available to Intervenor so that Intervenor may knowledgably consider the Government's arguments and meaningfully respond in keeping with the Court's scheduling order entered January 12, 2017.

Respectfully submitted this the 13th day of January, 2017.

/s/ C. Amanda Martin
C. Amanda Martin
N.C. State Bar No. 21186
STEVENS MARTIN VAUGHN & TADYCH, PLLC
1101 Haynes Street, Suite 100
Raleigh, NC 27604
Telephone: 919-582-2300
Facsimile: 866-593-7695
Email: amartin@smvt.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2017, I electronically filed the foregoing Intervenor's Motion For Access to January 10, 2017 Docket Entries with the Clerk of Court using the CM/ECF system addressed to the following counsel:

Thomas A. Farr
Michael Douglas McKnight
Kimberly Joyce Lehman
4208 Six Forks Road, Suite 11 00
Raleigh, NC 27609
thomas.farr@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
kimberly.lehman@ogletreedeakins.com

L. Gray Geddie
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC 29601
gray.geddie@ogletreedeakins.com

Amy M. Pocklington
Tevis Marshall
Riverfront Plaza-West Tower
901 East Byrd Street, Suite 1300
Richmond, VA 23219
amy.pocklington@ogletreedeakins.com
tevis.marshall@ogletreedeakins.com

Kathryn H. Ruemmler
Allen M. Gardner
Kevin A. Chambers
Brian A. Lichter
Latham & Watkins LLP
555 11th St., NW, Suite 1000
Washington, DC 20004
kathryn.ruemmler@lw.com
allen.gardner@lw.com
kevin.chambers@lw.com
brian.lichter@lw.com

Gavin B. Parsons, Esquire
Troutman Sanders LLP
P.O. Box 1389
Raleigh, NC 27602-1389
gavin.parsons@troutmansanders.com

Gary S. Parsons, Esquire
W. Michael Dowling
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
1600 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
gparsons@brookspierce.com
mdowling@brookspierce.com

Alan D Mathis, Esquire
Butler Snow LLP
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Alan.mathis@butlersnow.com

W. Sidney Aldridge, Esquire
Nicholls & Crampton, P.A.
3700 Glenwood Ave., Suite 500
P.O. Box 18237
Raleigh, NC 27612
wsaldridge@nichollscrampton.com

Elliot S. Abrams
Cheshire Parker Schneider & Bryan, PLLC
133 Fayetteville Street, Suite 500 (27601)
P.O. Box 1029
Raleigh, NC 27602
elliot.abrams@chesirepark.com

Wynne P. Kelly, Esquire
Special Attorney to the Attorney General
Assistant United States Attorney for the District of Columbia
555 4th Street N.W.
Washington, D.C. 20530
wynne.kelly@usdoj.gov

Christopher T. Graebe, Esquire
Graebe Hanna & Sullivan, PLLC
4350 Lassiter at North Hills Avenue, Suite 375
Raleigh, NC 27609
cgraebe@ghslawfirm.com

This 13th day of January 2017.

/s/ C. Amanda Martin
C. Amanda Martin
NC State Bar No. 21186
STEVENS MARTIN VAUGHN & TADYCH, PLLC
1101 Haynes Street, Suite 100
Raleigh, NC 27604
Phone: 919-582-2300
Facsimile: 866-593-7695
Email: amartin@smvt.com