IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-527-F

| | |
|---|---|
| U.S. TOBACCO INC., ) <br> U.S FLUE-CURED TOBACCO ) <br> GROWERS, INC., and ) <br> BIG SOUTH DISTRIBUTION, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BIG SOUTH WHOLESALE ) <br> OF VIRGINIA, LLC, d/b/a BIG SKY ) <br> INTERNATIONAL, BIG SOUTH ) <br> WHOLESALE, LLC, UNIVERSAL ) <br> SERVICES FIRST CONSULTING, ) <br> a/k/a UNIVERSAL SERVICES ) <br> CONSULTING GROUP, JASON ) <br> CARPENTER, CHRISTOPHER SMALL, ) <br> EMORY STEPHEN DANIEL, ) <br> and other unnamed co-conspirators, ) <br> ) <br> Defendants, ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> Intervenor. ) | **ORDER** |

This matter is before the court on Intervenor Matthew Apuzzo's Motion for Access to January 10, 2017 Docket Entries [DE-696]. For the reasons stated therein, the motion is ALLOWED in part. **The parties in this case are DIRECTED to provide access to docket entry 691 and all associated briefing to Mr. Apuzzo via CM/ECF** so that Mr. Apuzzo may respond to the Government's motion according to the deadlines set out in the court's order at docket entry 695 and its text order dated January 13, 2017.

SO ORDERED.

This the 13th day of January, 2017.

_____
JAMES C. FOX
Senior United States District Judge