IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-527-BO

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BIG SOUTH WHOLESALE OF VIRGINIA, *et al.*, )<br>)<br>Defendants. ) | ORDER |

This cause comes before the Court to address a number of pending motions to seal. The appropriate responses have been filed, or the time for doing so has expired, and the matters are ripe for ruling.

For failure to comply with the Court's order of June 21, 2017, [DE 823], which ordered that these motions be withdrawn by the filing party, the following motions to seal are DENIED: DE 666, 675, 685, 711, 725, 743, 765, and 794.

For good cause shown, the consent motion [DE 824] to modify the amended protective order to allow the acting CEO of U.S. Tobacco Cooperative Inc. to access to highly confidential information is ALLOWED. Paragraph 5 of the sealed amendment to protective order shall be modified in accordance with the consent motion to include the acting CEO of U.S. Tobacco Cooperative Inc. as an individual with access to Highly Confidential Information consistent with the amended protective order governing discovery and confidential information.

As the parties have filed the appropriate redacted versions contemporaneous with filing a proposed sealed version of the document in accordance with the Court's June 21, 2017, order, the motions to seal at DE 839 and 1092 are ALLOWED.

Finally, as it was not filed as a motion, the clerk is DIRECTED to terminate as pending the notice filed at DE 806 and to correct the docket text to reflect the title of the document.[1]

SO ORDERED, this **17** day of August, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] DE 806 shall, however, remain sealed pursuant to the Court's 21 June 2017 order.